United States District Court
Northern District of California

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ANTWON GRAHAM,

    Defendant.

Case No.: CR 13-00194-JSW (KAW)

DETENTION ORDER

## I.  DETENTION ORDER

Defendant Antwon Graham is charged by indictment with violations of 21 U.S.C. § 841(a)(1) and (b)(1)(C) (possession with the intent to distribute and distribution of cocaine base in the form of "crack") and 21 U.S.C. § 860(a) (possession with the intent to distribute and distribution of cocaine base in the form of "crack" within 1,000 feet of a school).  At the May 7, 2013 hearing before this Court, Defendant, who was in custody and represented by counsel, David Anderson, waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his circumstances change.  Assistant United States Attorney Alexandra Summer appeared on behalf of the United States.  The Court notes that Defendant is subject to a state probation hold.

## II.  CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: May 7, 2013

KANDIS A. WESTMORE
United States Magistrate Judge